IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>FIRE MOUNTAIN RESTAURANTS, LLC d/b/a RYAN'S FAMILY STEAKHOUSE,<br><br>Defendant. | CIVIL ACTION NO.<br>1:11-CV-00275-MR-DLH |

## JOINT MOTION TO ENTER CONSENT DECREE

Plaintiff, The U.S. Equal Employment Opportunity Commission, and Defendant, Fire Mountain Restaurants, d/b/a Ryan's Family Steakhouse, jointly move the Court to enter the attached proposed Consent Decree. In support of this motion, the parties state:

1. The parties have reached a settlement in this case.

2. The settlement agreement is memorialized in the proposed Consent Decree, with accompanying Exhibits, attached hereto for the Court's consideration.

3. In compliance with the Electronic Case Filing User's Manual (October 2011), a copy of the attached proposed Consent Decree will be submitted via CyberClerk, for the Court's consideration.

**WHEREFORE**, the parties respectfully request the Court enter the parties' proposed Consent Decree.

This 31st day of October, 2012.

P. DAVID LOPEZ
General Counsel

JAMES L. LEE
Deputy General Counsel

GWENDOLYN YOUNG REAMS
Associate General Counsel

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION
131 M Street, NE
Washington, DC  20507

LYNETTE A. BARNES (NC Bar 19732)
Regional Attorney

**s/ Tina Burnside**
TINA BURNSIDE (WI Bar 1026965)
Supervisory Trial Attorney
Email: tina.burnside@eeoc.gov
EQUAL EMPLLOYMENT OPPORTUNITY
COMMISSION
Charlotte District Office
129 West Trade Street, Suite 400
Charlotte, North Carolina 28202
Telephone: 704.954.6463
Facsimile: 704.954.6412

**ATTORNEYS FOR PLAINTIFF**

-and-

**s/H. Bernard Tisdale III**
H. BERNARD TISDALE III (N.C. Bar No. 23980)
OGLETREE, DEAKINS, NASH
SMOAK & STEWART, P.C.
201 South College Street, Suite 2300
Charlotte, NC 28244
Telephone: 704.342.2588
Facsimile: 704.342.4379
E-mail: bernard.tisdale@ogletreedeakins.com

**ATTORNEYS FOR DEFENDANT**